```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17886
   SUSAN M MAHONEY
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK


         Debtor
   SSN XXX-XX-2675


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/29/07 .

   2.  The case was dismissed without confirmation, 11/30/2007.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------
AURORA LOAN SERVICES       CURRENT MORTG           .00            .00              .00
AURORA LOAN SERVICES       MORTGAGE ARRE    NOT FILED            .00              .00
CITIMORTGAGE               CURRENT MORTG           .00            .00              .00
CITIMORTGAGE               MORTGAGE ARRE    NOT FILED            .00              .00
HARRIS BANK CONSUMER LOA   SECURED                 .00            .00              .00
HARRIS BANK CONSUMER LOA   MORTGAGE ARRE    NOT FILED            .00              .00
COOK COUNTY COLLECTOR      SECURED              980.00            .00              .00
FIFTH THIRD BANK           UNSECURED        NOT FILED            .00              .00
FOUNDERS BANK              CURRENT MORTG           .00            .00              .00
FOUNDERS BANK              CURRENT MORTG           .00            .00              .00
FOUNDERS BANK              CURRENT MORTG           .00            .00              .00
ASSOCIATED ST JAMES RADI   UNSECURED        NOT FILED            .00              .00
FIA CARD SERVICES          UNSECURED        NOT FILED            .00              .00
BUD'S AMBULANCE SERVICE    UNSECURED        NOT FILED            .00              .00
CARSON PIRIE SCOTT         UNSECURED        NOT FILED            .00              .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED            .00              .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED            .00              .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED            .00              .00
COL/DEBT COLLECTOR SYSTE   UNSECURED        NOT FILED            .00              .00
DISCOVER BANK              UNSECURED        NOT FILED            .00              .00
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID

GENERAL MOTORS CORP        UNSECURED        NOT FILED            .00              .00
HSBC                       UNSECURED        NOT FILED            .00              .00
HSBC                       UNSECURED        NOT FILED            .00              .00
HSBC                       UNSECURED        NOT FILED            .00              .00
JOLIET EMERGENCY PHYSICI   UNSECURED        NOT FILED            .00              .00
LVNV FUNDING               UNSECURED        NOT FILED            .00              .00
MACNEAL HEALTH NETWORK     UNSECURED        NOT FILED            .00              .00
PALOS HEIGHTS INTERNISTS   UNSECURED        NOT FILED            .00              .00
EMERGENCY CARE & HEALTH    UNSECURED        NOT FILED            .00              .00
RBS NB                     UNSECURED        NOT FILED            .00              .00
ACCOUNTS RECOVERY          UNSECURED        NOT FILED            .00              .00
```

```
SAMS CLUB                        UNSECURED      NOT FILED            .00         .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED      NOT FILED            .00         .00
SILVER CROSS HOSPITAL      UNSECURED      NOT FILED            .00         .00
SILVER CROSS HOSPITAL      UNSECURED      NOT FILED            .00         .00
TOP SECRET ADVENTURES      UNSECURED      NOT FILED            .00         .00
US CELLULAR                      UNSECURED      NOT FILED            .00         .00
VICTORIAS SECRET              UNSECURED      NOT FILED            .00         .00
WALMART                           UNSECURED      NOT FILED            .00         .00
WELLS FARGO FINANCIAL      UNSECURED      NOT FILED            .00         .00
       Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      980.00           .00           .00          .00       980.00
PRINCIPAL PAID              .00           .00           .00          .00           .00
INTEREST PAID               .00           .00           .00          .00           .00
TOTAL PAID                  .00           .00           .00          .00           .00
```

The Debtor's attorney, TIMOTHY K LIOU                   , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/12/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                           PAGE   2
         CASE NO. 07 B 17886 SUSAN M MAHONEY